

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2019

No. 04-19-00101-CV

**IN RE Z.A.F. AND Z.R.F**.

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00277
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Irene Rios, Justice
                Beth Watkins, Justice

On September 19, 2019, we abated this appeal to the trial court for the appointment of new appellate counsel to represent appellant. A supplemental clerk's record has been filed showing that the trial court appointed Mr. Shawn Sheffield to represent appellant on appeal. This appeal is REINSTATED on this court's docket.

Appellant's motion for rehearing remains pending. The only issue raised in the motion for rehearing is whether the motion to withdraw filed by appellant's former counsel demonstrated good cause to withdraw. However, appellant's former counsel also filed an amended motion to withdraw, which we granted. Accordingly, appellant's motion for rehearing is DENIED AS MOOT.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk